NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES A. WHITE,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7174

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-1421, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

The Secretary of Veterans Affairs moves without opposition for a 14-day extension of time to file its response brief.

Upon consideration thereof,

JAMES WHITE V. SHINSEKI                                                    2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s27